MARCO BULAT et al., respondents,

*v.*

ELIZA LONDRIGAN et al., appellants.

[Filed June 19th, 1903.]

*Mr. Horace L. Allen,* for the appellants.

*Mr. James B. Vredenburgh,* for the respondents.

Perrine *v.* Perrine.

Per Curiam.

The decree appealed from is affirmed, for the reasons stated in the opinion of Vice-Chancellor Pitney, delivered by him in the court of chancery, and reported in *18 Dick. Ch. Rep. 22.*

*For affirmance*—The Chief-Justice, Van Syckel, Dixon, Garrison, Fort, Garretson, Swayze, Bogert, Vredenburgh, Voorhees, Vroom—11.

*For reversal*—Hendrickson—1.